# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

CARL C. JOHNSON,

    Plaintiff,

v.

SHERIFF DAVID J. MOHONEY,
CITY OF MADISON, COUNTY OF DANE
and DANE COUNTY SHERIFF'S DEPT.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-508-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____9/25/08_____
Date